UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) |
| PLAINTIFF | ) ) ) |
| v. | ) ) Civil Action No.: 4:15-cv-00438-A |
| AQUAPHEX TOTAL WATER SOLUTIONS, LLC and GREGORY G. JONES | ) ) ) ) ) |
| DEFENDANTS | ) |

**UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AS TO DEFENDANTS AQUAPHEX TOTAL WATER SOLUTIONS, LLC AND GREGORY G. JONES**

Plaintiff Securities and Exchange Commission ("Commission") submits this Unopposed Motion to Enter Final Judgment as to Aquaphex Total Water Solutions, LLC and Gregory G. Jones ("Defendants") (collectively, "Defendants") and would respectfully show the Court as follows:

1. The Commission filed a complaint on June 10, 2015, naming the Defendants in this civil action. The Commission is seeking, as to each Defendant, orders providing for disgorgement, prejudgment interest, civil penalties, and permanent injunctions from violating Sections 5(a), 5(c), and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a), 77e(c), and 77q(a)] and Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78j(b) and 78o(a)(1)] and Rule 10b-5 [17 C.F.R. § 240.10b-5] thereunder.

2. As to Defendant Gregory G. Jones, the Commission is also seeking an order, permanently restraining and enjoining him from directly or indirectly receiving compensation in any form, pecuniary or otherwise, for providing any legal services to any person in connection with the

offer, sale, or purchase of securities pursuant to, or claiming, an exemption from registration under the Securities Act.

3. Before filing this lawsuit, the Commission and Defendants engaged in settlement negotiations that have yielded agreements, which, when given effect by entry of the attached final judgment, will resolve the Commission claims against Defendants for injunctive relief. The agreements provide, however, that the Commission's claims as to disgorgement, prejudgment interest, and civil penalties will be resolved by the Court without trial upon a future motion by the Commission.

4. Admitting certain allegations in the Commission's Complaint, Defendants have consented in writing to the entry of the final judgment described above. Defendants' executed and notarized Consent and the agreed form of the final judgment are filed herewith.

5. To give effect to the parties' agreement, the Commission respectfully moves the Court to enter the final judgment as to Defendants filed herewith.

Dated:  June 10, 2015                    Respectfully submitted,

*s/Timothy S. McCole*
TIMOTHY S. McCOLE
Mississippi Bar No. 10628
United States Securities and
 Exchange Commission
Fort Worth Regional Office
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 978-6453
(817) 978-2700 (facsimile)
mccolet@sec.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2015, I caused a copy of the foregoing document to be sent to the following Defendants by mail:

Aquaphex Total Water Solutions, LLC
Attention:  Gregory G. Jones, Managing Member
1415 McCrae Trail
Southlake, Texas 76092

Gregory G. Jones
1415 McCrae Trail
Southlake, Texas 76092

                                                  */s/Timothy S. McCole*
                                                  Timothy S. McCole