IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § |
| Plaintiff, | § § § |
| VS. | §   NO. 4:15-CV-438-A § |
| GREGORY G. JONES, | § § |
| Defendant. | § |

## FINAL JUDGMENT

Consistent with the rulings made in the memorandum opinion and order signed in the above-captioned action on February 17, 2016, the order signed in such action on February 23, 2016, and the order signed in such action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that plaintiff, Securities and Exchange Commission, ("SEC") have and recover from defendant, Gregory G. Jones, ("Jones") as disgorgement the amount of One Million One Twenty-Five Thousand and 00/100 Dollars ($1,125,000.00) plus prejudgment interest thereon in the amount of Fifty-One Thousand Five Hundred Thirty-Four and 00/100 Dollars ($51,534.00), for a total amount of One Million One Hundred Seventy-Six Thousand Five Hundred Thirty-Four and 00/100 Dollars ($1,176,534.00).

The court further ORDERS, ADJUDGES, and DECREES that by 4:00 p.m. on April 22, 2016, Jones make payment of such One Million

One Hundred Seventy-Six Thousand Five Hundred Thirty-Four and 00/100 Dollars ($1,176,534.00) disgorgement and prejudgment interest amount by delivering to the office of Timothy S. McCole, 801 Cherry Street, Suite 1900, Fort Worth, Texas 76102, a certified or bank cashier's check in that amount, made payable to SEC.

The court further ORDERS, ADJUDGES, and DECREES that Jones shall pay post-judgment interest on such $1,176,534.00 payment obligation at the rate of 0.67%, computed daily on the unpaid balance from April 22, 2016, until the full amount is paid, and compounded annually.

The court further ORDERS, ADJUDGES, and DECREES that SEC have and recover from Jones, for the benefit of the Treasury of the United States, an additional Six Hundred Thousand and 00/100 Dollars ($600,000.00) as a penalty authorized by 15 U.S.C. §§ 77t(d)(2) and 78u(d)(3), plus post-judgment interest thereon at the rate of 0.67%, computed daily on the unpaid balance from the date of entry of this judgment until the full amount is paid, and compounded annually.

The court further ORDERS, ADJUDGES, and DECREES that SEC have and recover from Jones costs of court incurred by it in this action.

SIGNED March 21, 2016.

_____
JOHN McBRYDE
United States District Judge